1  **BRODSKY & SMITH, LLC**
   Evan J. Smith, Esquire (SBN 242352)
2  esmith@brodskysmith.com
   Ryan P. Cardona, Esquire (SBN 302113)
3  rcardona@brodskysmith.com
   9595 Wilshire Boulevard, Suite 900
4  Beverly Hills, CA 90212
   Phone: (877) 534-2590
5  Facsimile: (310) 247-0160

6  *Attorneys for Plaintiff*

7
                    **IN THE UNITED STATES DISTRICT COURT**
8
                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9

10 | JAMES MOONEY, on behalf of himself and all others similarly situated, | **Case No.: 3:21-cv-00182-TSH** |
11 
12 | Plaintiff, |
13 | v. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
14 | SUNESIS PHARMACEUTICALS, INC., SOL MERGER SUB, INC., VIRACTA THERAPEUTICS, INC., DAYTON MISFELDT, STEVE R. CARCHEDI, STEVEN B. KETCHUM, NICOLE ONETTO, HOME L. PEARCE, DAVID C. STUMP, H. WARD WOLFF, and JAMES W. YOUNG, |
15
16
17 | Defendants. |
18

- 1 -
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

1
2  Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil
3  Procedure, plaintiff James Mooney ("Plaintiff") voluntarily dismisses this action without prejudice
4  as to both the Plaintiff's individual claims and the claims of the putative class.  This notice of
5  dismissal is being filed before service by Defendants of either an answer or a motion for summary
6  judgment.  Since no class has been certified and the dismissal is without prejudice as to the
7  members of the putative class, notice of this dismissal is not required.  Plaintiff's dismissal of this
8  Action is effective upon filing of this notice.
9
10  Dated: February 17, 2021            **BRODSKY & SMITH, LLC**
11
                                       By:  */s/ Evan J. Smith*
12                                          Evan J. Smith, Esquire (SBN 242352)
                                            esmith@brodskysmith.com
13                                          Ryan P. Cardona, Esquire (SBN 302113)
                                            rcardona@brodskysmith.com
14                                          9595 Wilshire Blvd., Ste. 900
                                            Phone:  (877) 534-2590
15                                          Facsimile (310) 247-0160
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)